ACCEPTED
06-14-00190-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/7/2015 1:47:10 PM
DEBBIE AUTREY
CLERK

### NO. 06-14-00190-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | 4/7/2015 1:47:10 PM |
| **VS.** | § | **6th COURT** | DEBBIE AUTREY<br>Clerk |
| | § | | |
| **TONYA ANN RODRIGUEZ** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Tonya Rodriguez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 354th Judicial District Court of Hunt County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Tonya Ann Rodriguez, and numbered 29,230.

3. Appellant was convicted of Reckless Injury to a Child causing serious bodily injury.

4. Appellant was assessed a sentence of sixteen years on July 16, 2014.

5. Notice of appeal was given on September 29, 2014.

6. The clerk's record was filed on November 20, 2014; the reporter's

record was filed on February 23, 2014.

7. The appellate brief is presently due on March 25, 2014.

8. Appellant requests an extension of time of 30 days from the present date, i.e. April 23, 2014.

9. No extension to file the brief has been received in this cause.

10. Appellant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

The Attorney for Appellant is a solo practitioner and has been involved in two second degree felony jury trials during the time of preparation of this brief. The Attorney for Appellant was also set for trial in Wood County, Texas on a aggravated sexual assault trial which was to begin on March 23, 2014. Due to the time needed for trial preparation the Attorney for Appellant has been unable to complete the preparation of the brief for Appellant in this matter..

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

FRANK LONG
614 Oak Avenue
Sulphur Springs, Texas 75482
Tel: (903) 885-7800
Fax: (903) 885-7133
State Bar No. 12519500
flonglaw@gmail.com
Attorney for Tonya Ann Rodriguez

## CERTIFICATE OF SERVICE

This is to certify that on March 25, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by fax to 9034084926.

_____
Frank Long

**STATE OF TEXAS** §
§
**COUNTY OF HOPKINS** §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Frank Long, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Frank Long
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _March 25_, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

LACI SHEA MURRAY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-12-2017